# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| LUIS JUAREZ-CABRERA, | ) |
| Plaintiff, | ) |
| | ) Case No. 1:14-CV-017-JD-SLC |
| v. | ) |
| ROBER HOLLO, *et al.*, | ) |
| Defendants. | ) |

## OPINION and ORDER

Luis Juarez-Cabrera, a *pro se* prisoner, filed a letter, asking the Court to appoint him an attorney in this 42 U.S.C. § 1983 excessive force case. (DE 28). "[T]here is no constitutional or statutory right to court-appointed counsel in federal civil litigation . . . ." *Pruitt v. Mote*, 503 F.3d 647, 649 (7th Cir. 2007). However, in some circumstances, the Court may ask an attorney to volunteer to represent indigent parties.

> When confronted with a request under § 1915(e)(1) for pro bono counsel, the district court is to make the following inquiries: (1) has the indigent plaintiff made a reasonable attempt to obtain counsel or been effectively precluded from doing so; and if so, (2) given the difficulty of the case, does the plaintiff appear competent to litigate it himself?

*Id.* at 654. Here, Juarez-Cabrera gives no indication that he has made any attempt to obtain counsel on his own. "If . . . the indigent has made no reasonable attempts to secure counsel . . . , the court should deny any [such requests] outright." *Jackson v. Cnty. of McLean*, 953 F.2d 1070, 1073 (7th Cir. 1992); *see also Bracey v. Grondin*, 712 F.3d 1012, 1016 (7th Cir. 2013)*; Pruitt*, 503 F.3d at 654; *Romanelli v. Suliene*, 615 F.3d 847, 852 (7th Cir. 2010).

Accordingly, the motion will be denied with leave to re-file after Juarez-Cabrera has sent a copy of this Court's screening order (DE 27) to ten attorneys, along with a letter requesting

that they represent him.  Then he needs to wait a reasonable length of time before asking this Court to attempt to recruit a lawyer to represent him for free.  If he files such a request, he needs to attach whatever responses he has received.  Until then, Juarez-Cabrera will continue to proceed with this case *pro se*.

For the foregoing reasons, the Court DENIES Juarez-Cabrera's request for counsel (DE 28) and DIRECTS the Clerk to send him ten copies of the screening order (DE 27).

SO ORDERED.

Entered this 13th day of May, 2015.

s/ Susan Collins
Susan Collins
United States Magistrate Judge